# EXHIBIT B



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Events    No Name History

# Detail by Trademark Name

## Trademark

AMSCOT

## Filing Information

| | |
|---|---|
| Document Number | T02000000078 |
| Date Filed | 01/25/2002 |
| Expiration Date | 01/25/2017 |
| Last Event | RENEWAL |
| Event Date Filed | 08/08/2011 |
| Event Effective Date | NONE |
| First Used in Florida | 06/30/1989 |
| First Used Anywhere | 06/30/1989 |
| Status | ACTIVE |

**Mark Used In Connection With**
FINANCIAL SERVICES FOR OTHERS, INCLUDING CHECK CASHING, DEFERRED DEPOSIT TRANSACTION, TAX PREPARATION SERVICES, MONEY ORDER SERVICES

## Owners

**Name & Address**

AMSCOT CORPORATION
600 N. WESTSHORE BLVD., 12TH FLOOR
TAMPA, FL 33609

## Type/Class

SM-00360000 SM-00350000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000

## Cross Reference

No Cross Reference

## Document Images

| | |
|---|---|
| 08/08/2011 -- Trademark/Renewal | View image in PDF format |
| 04/30/2003 -- Trademark Assignment | View image in PDF format |
| 01/25/2002 -- Trademark | View image in PDF format |

Events    **No Name History**

Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State