# EXHIBIT C

# Locate Payday Loans

✓ Borrow $100 to $1500
✓ Instant approval
✓ No fax or credit checks
✓ Paid **within 1 hour**

☐ Email me with new financial offers.

**Loan Amount**
$1000.00 ▼

**First Name**

**Last Name**

**Email**

**FIND MY LOAN**



## Payday Loan Questions

What is a payday loan?
When will I get my loan?
When do I pay off the loan?
How I will get my cash?
View all FAQs

## Amscot Cash Advance

Get a cheaper payday loan compared to Amscot Financial

**Amscot cash advances** are similar to most payday loans, the lender offers paycheck advance loans upto $1500 and have been lending since 2007. Before taking out a payday loan or in particular an **Amscot cash advance** we would advise you to try our simply easy comparison service by completing the form at the top of this paydayloan page with your details and click Apply. You will taken to a payday loan deal which we think will be cheaper and faster than from Amscot Financial.

Copyright © 2014 Payday Loans All rights reserved. Privacy - Contact - Sitemap