# EXHIBIT D

# TrustedPayday.com
*Over 70 Lenders Standing by to Help You!*

Apply | How It Works | Loan Info | FAQs | Contact | Returning Customers

 PRIVACY Protected
 American Owned and Operated

## APPLY NOW!
NO OBLIGATION 3 MINUTE APPLICATION!

- First Name:
- Last Name:
- Birth Year: Year
- Last 4 of SS #:
- Zip Code:
- Do you make a car payment? - Select -
- Willing to Pick up Funds at Local Store? - Select -

**APPLY NOW! GET APPROVED FAST!** digicert

By submitting your information, you agree to the terms of our Privacy Policy and Terms of Web Site Use.

### You Could Get CASH Approved in as Little as 1 Hour!
- Bad or No Credit OK
- Instant Approval
- 100% Online

---

## How Does it Work?

1. **Apply Online** — 100% Online Application 
2. **Get Approved** — Instant Online Approval 
3. **Get Your Cash** — Deposited Overnight 

## Why Use TrustedPayDay.com?

**Bad credit or no credit is accepted.**
TrustedPayDay.com works with a vast lender network dedicated to helping YOU get the money you need, regardless of your credit history.

**Secure and confidential.**
Your privacy is very important to us. Only you and the lender are involved in the transaction.

**Peace of mind.**
Financial emergencies happen when we least expect them to. Having access to a cash advance loan helps you avoid unnecessary bank charges, credit card fees, or negative marks on your credit report.

## Frequently Asked Questions

- What exactly is a personal loan?
- How long do I have to pay back the loan?
- What are the loan fees for the cash advance?
- What if I only have a savings account?
- What if I have a fixed income or benefits?
- How do I receive my cash?
- How much money can I have advanced to me?