# EXHIBIT E

## 2013 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L08000017372

Entity Name: PATRIOT WEB MARKETING, LLC

**FILED**
**Feb 04, 2013**
**Secretary of State**
**CC4924678789**

**Current Principal Place of Business:**

14545-J S. MILITARY TRL., #359
DELRAY BEACH, FL 33484

**Current Mailing Address:**

14545-J S. MILITARY TRL., #359
DELRAY BEACH, FL 33484 US

FEI Number: 26-2091102

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | PALM WEB SERVICES, LLC |
| Address | RG SOLOMON ARCADE, SUITE 11 P.O. BOX 605 |
| City-State-Zip: | CHARLESTOWN NEVIS 33333 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JEFFREY KLEIMAN           MANAGING MEMBER      02/04/2013

Electronic Signature of Signing Authorized Person(s) Detail         Date