# EXHIBIT F

# GRAY ROBINSON
### ATTORNEYS AT LAW

SUITE 2700
401 E. JACKSON STREET (33602)
POST OFFICE BOX 3324
TAMPA, FL 33601-3324
TEL 813-273-5000
FAX 813-273-5145
gray-robinson.com

FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

813-273-5298
MICHAEL.COLITZ@GRAY-ROBINSON.COM

July 29, 2014

**VIA U.S. REGULAR MAIL AND E-MAIL**
**palmwebservices@gmail.com**

Jeffrey Kleiman
Palm Web Services, LLC
RG Solomon Arcade
Suite 11, P.O. Box 605
Charlestown
Federation of Saint Kitts and Nevis, 33484

Re: Amscot Corporation v. Palm Web Services, LLC
Client/Matter No.: 5582931.101

Dear Mr. Kleimen:

We represent Amscot Corporation in a variety of intellectual property matters. As you may know, Amscot's financial services are well known and highly regarded throughout the State of Florida and the nation. Amscot is also the registered owner of the AMSCOT® service mark (Reg. No. 2,889,003), a copy of which is attached as Exhibit A. The AMSCOT® mark has been in use for over twenty-five (25) years in connection with financial services such as check cashing, deferred deposit transactions, and money order services. Amscot owns a variety of other trademarks and service marks and vigorously protects its valuable intellectual property rights.

We have identified you as a managing member of various lead generation companies. These companies include Palm Web Services, LLC, Patriot Web Marketing, LLC, Regency Marketing, LLC, and Lead Flash, LLC. We believe that one or more of these companies has intentionally embarked upon a campaign of misappropriating Amscot's registered trademarks in an effort to secure leads for payday loans. One example of this practice is illustrated below and can be found here: http://www.locatepaydayloans.com/cash/amscot-cash-advance.php.

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

Palm Web Services, LLC
July 29, 2014
Page 2



This domain was registered via proxy service to disguise the identity of the owner. Nonetheless, the loans are processed via trustedpayday.com, which is operated by Palm Web Services, LLC. We are contacting you as a managing member of Palm Web Services, LLC. The referenced webpage offers unwitting consumers an "Amscot Cash Advance." The associated URL likewise references an "amscot-cash-advance." As a result, consumers searching for Amscot's services on-line are presented with the following "Amscot Cash Advance" hyperlink that leads directly to locatepaydayloans.com.

**Amscot Cash Advance - Payday Loans Review - Amscot ...**
www.locatepaydayloans.com/cash/amscot-cash-advance.php ▼
Compare a Amscot Cash Advance with our cheap payday loans, upto $1500 cash paid
in 1 hour. No fax required and instant approval. Apply now

All of these activities are unlawful and constitute unfair competition, infringement, trademark dilution, intentional trademark infringement, and false designation of origin. The Lanham Act provides numerous remedies for trademark infringement and dilution, including, but not limited to, preliminary and permanent injunctive relief, money damages, disgorgement of profits, and where intentional infringement is shown, attorneys' fees and possible treble damages. These activities further constitute an unfair, deceptive, abusive act or practice in violation of the laws and regulations of the Consumer Financial Protection Bureau (CFPB).

For the foregoing reasons, Amscot hereby demands that you, your companies, as well as any of your affiliates, immediately cease any use of the AMSCOT® mark, as a word or name that is likely to cause confusion, mistake, or to deceive

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

Palm Web Services, LLC
July 29, 2014
Page 3

  Despite the foregoing, Amscot is hopeful that this matter can be resolved amicably without having to resort to costly and time consuming litigation. Thus, please let us have your reply to this letter within ten (10) days. If we do not hear from you by this time, we will assume that you are not interested in pursuing a settlement and we will advise Amscot to proceed accordingly.

              Sincerely,

              GrayRobinson, P.A.

              Michael J. Colitz, III

MJC/jmg

cc :   Amscot Corporation

**EXHIBIT A**

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**  Reg. No. 2,889,003
Registered Sep. 28, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## AMSCOT

AMSCOT CORPORATION (FLORIDA CORPORATION)
12TH FLOOR 600 N. WESTSHORE BLVD
TAMPA, FL 33609

FOR: TAX PREPARATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-25-1989; IN COMMERCE 5-25-1989.

FOR: FINANCIAL SERVICES FOR OTHERS, NAMELY, CHECK CASHING, DEFERRED DEPOSIT TRANSACTION AND MONEY ORDER SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-25-1989; IN COMMERCE 5-25-1989.

SER. NO. 76-232,274, FILED 4-2-2003.

KARLA PERKINS, EXAMINING ATTORNEY

# 5251110 v1